UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **GREG MARVIN DEBERRY**<br>**REG. # 22769-076**<br><br>**VERSUS**<br><br>**CALVIN JOHNSON** | **CIVIL ACTION NO. 2:17-CV-1209**<br><br>**SECTION P**<br><br>**JUDGE ROBERT G. JAMES**<br><br>**MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 4] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED AND DECREED that the Petitioner's application for a Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

MONROE, LOUISIANA, this 23rd day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE